JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAULIO BELCHER, Deceased, by and through his Successor-in-Interest Martha Belcher; and MARTHA BELCHER; an individual,<br><br>  Plaintiffs,<br><br>  v.<br><br>LOWE'S HOME CENTERS, LLC; METRO ONE LOSS PREVENTION SERVICES GROUP (WEST COAST), INC.; and DOES 1-10, inclusive,<br><br>  Defendants.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>  Crossclaimant,<br><br>  v.<br><br>METRO ONE LOSS PREVENTION SERVICES GROUP (WEST COAST), INC.,<br><br>  Crossdefendant. | Case No. 5:22-cv-01316-JWH-SHK<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 58] entered on or about January 29, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims and crossclaims asserted herein, is **DISMISSED**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 5, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE